FILED

Aug 16  2 43 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNECTICUT RESOURCES RECOVERY AUTHORITY,<br><br>    Plaintiff,<br><br>KENNETH L. LAY, JEFFREY K. SKILLING, ANDREW S. FASTOW, RICHARD A. CAUSEY, RICHARD B. BUY, JAMES V. DERRICK, JR., JEFFREY McMAHON JOSEPH W. SUTTON, LAWRENCE GREG WHALLEY, BEN F. GLISAN, KEN L. HARRISON, ROBERT A. BELFER, NORMAN P. BLAKE, JR., RONNIE C. CHAN; JOHN H. DUNCAN, WENDY L. GRAMM, ROBERT K. JAEDICKE, JOHN MENDOLSOHN, JEROME J. MEYER, PAULO V. FERRAZ PEREIRA, JOHN A. URQUHART, JOHN WAKEHAM, CHARLES E. WALKER, CHARLES A. LeMAISTRE, JOE H. FOY, FRANK SAVAGE, BRUCE G. WILLISON, HERBERT S. WINOKUR, JR., REBECCA MARK-JUSBASCHE, ARTHUR ANDERSEN, LLP, JOSEPH F. BERADINO, DAVID B. DUNCAN, DEBRA A. CASH, DAVID STEPHEN GODDARD, JR., GARY B. GOOLSBY, MICHAEL M. LOWTHER, BENJAMIN S. NEUHAUSEN, MICHAEL C. ODOM, JOHN E. STEWART, MICHAEL L. BENNETT, WILLIAM E. SWANSON, ROGER D. WILLARD, GREGORY W. HALE, JOHN E. SORRELLS, DANNY D. RUDLOFF, VINSON & ELKINS, LLP, KIRKLAND & ELLIS, J.P. MORGAN CHASE & CO., CITIGROUP, INC., MERRILL LYNCH & CO., BARCLAYS CAPITAL, INC., STANDARD & POOR'S RATING SERVICES, MOODY'S CORPORATION, AND FITCH, INC.<br><br>    Defendants, | Civil Action No.: 3:02 CV 2107(JBA)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>August 12, 2004 |

## PETITION FOR WITHDRAWAL OF APPEARANCE

Pursuant to Rule 15 of the United States District Court for the District of Connecticut, Brenda M. Hamilton, an attorney of record for the defendant, Kenneth Lay, et al., in the above-entitled action, petitions the Court for permission to withdraw her appearance filed on or about December 5, 2002 as an attorney of record for the defendant, Kenneth Lay. This petition is based on the grounds that undersigned counsel is resigning her employment at the law firm of Rome McGuigan, P.C. Attorney Glenn E. Coe of the firm of Rome McGuigan, P.C. continues to actively represent defendant, and has an appearance on file.

Brenda M. Hamilton
Federal Bar No.: ct023683
Rome McGuigan Sabanosh, P.C.
One State Street
Hartford, CT 06103
Phone: (860)549-1000
Fax: (860) 724-3921
Email: bhamilton@rms-law.com

2

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed via first class U.S. mail, postage prepaid, this ~~12th~~ 13th day of August, 2004, to the following:

Richard Blumenthal, Esq.
Theodore M. Doolittle, Esq.
Office of the Attorney General
55 Elm Street
Hartford, CT 06141

Levett Rockwood P.C.
Marc J. Kurzman, Esq.
33 Riverside Avenue
P.O. Box 5116
Westport, CT 06881

Zeldes, Needle & Cooper
David P. Atkins, Esq.
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, CT 06601

Anthony M. Fitzgerald, Esq.
David S. Handy, Esq.
Carmody & Torrance LLP
195 Church St.
P.O. Box 1950
New Haven, CT 06509

Louis R. Pepe, Esq.
Richard Goldstein, Esq.
Thomas J. Rechen, Esq.
Pepe & Hazard, LLP
Goodwin Square, 225 Asylum Street
Hartford, CT 06103

Kelley Drye & Warren, LLP
Mark S. Gregory, Esq.
Two Stamford Plaza
281 Tresser Boulevard
Stamford, CT 06901

O'Brien, Tanski & Young, LLP
Stephen V. Manning, Esq.
CityPlace II
Hartford, CT 06103

3

OF COUNSEL:

| | |
|---|---|
| Gibson, Dunn & Crutcher, LLP<br>Robert F. Serio, Esq.<br>Marshall R. King, Esq.<br>200 Park Avenue<br>New York, NY 10166 | Clifford Chance US, LLP<br>Herbert S. Washer, Esq.<br>James D. Miller, Esq.<br>200 Park Avenue<br>New York, NY 10166 |
| Simpson Thacher & Bartlett<br>Bruce D. Angiolillo, Esq.<br>Thomas C. Rice, Esq.<br>Jonathan K. Youngwood, Esq.<br>425 Lexington Avenue<br>New York, NY 10017-3954 | Paul, Weiss, Rifkind, Wharton & Garrison<br>Richard Rosen, Esq.<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 |
| Sullivan & Cromwell<br>David H. Braff, Esq.<br>Anthony M. Candido<br>Adam R. Brebner, Esq.<br>125 Broad Street<br>New York, NY 10004 | |

_Brenda M. Hamilton_
Brenda M. Hamilton

11665-1//382886

4