**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**CONNECTICUT RESOURCES**        :

**v.**                           :   **NO. 3:02cv2107 (JBA)**

**LAY, ET AL**                   :

**ENDORSEMENT ORDER [DOC. #57]**

    Petition for Withdrawal of Appearance [doc. #57] is GRANTED. (Please note that this matter that this matter was closed 6/9/03.)

IT IS SO ORDERED.

Janet Bond Arterton
United States District Judge

**Dated at New Haven, Connecticut: August    , 2004**